445 A.2d 106

**Clarence E. WAGNER, Appellant,**

v.

**WAGNER SAND COMPANY, INC., A. J. Wagner and Carl E. Wagner, Individually, and Roger N. Nanovic, Esquire, Liquidating Trustee.**

Supreme Court of Pennsylvania.

Argued April 20, 1982.

Decided May 19, 1982.

George I. Puhak, Hazelton, Fred D. Llewellyn, Summit Hill, for appellant.

Conrad A. Falvello, Sugarloaf, Paula Garrety, Harrisburg, for appellees.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.